NUMBER 13-08-340-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JEROME D. BROWN, Appellant,


v.



SGT. E. CASTRO, ET AL., Appellees.

 

_____________________________________________________________


On appeal from the 343rd District Court of Bee County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Jerome D. Brown, brought an appeal from a judgment entered by the
343rd District Court of Bee County, Texas, in cause number B-07-1511-CV-C. Appellant
has filed a motion to dismiss the appeal on grounds that the appeal is interlocutory
because he has not exhausted his administrative remedies. The Court, having considered
the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
the motion should be granted. See Tex. R. App. P. 42.1(a). Appellant's motion to dismiss
is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 10th day of July, 2008.